IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA**

    **v.**　　　　　　　　　　NO.: <u>CR-2-05-094</u>
　　　　　　　　　　　　　　　　　　**JUDGE MARBLEY**
**EBENEZER ISAAC ANKANSAH**

<u>ORDER</u>

Upon application of the United States and for good cause shown, IT IS HEREBY ORDERED that the indictment in this case be dismissed.

___9/11/08___
DATE

　　　　　　　　　　　　　　　　ALGENON L. MARBLEY
　　　　　　　　　　　　　　　　United States District Judge

1